In the Matter of Travis D. Griffin, Appellant, v City of New York et al., Respondents.

Submitted August 17, 2015; decided October 20, 2015

Motion for reargument denied [see 25 NY3d 1191 (2015)].

Douglas L. Leight et al., Plaintiffs, and John H. Masten, Appellant, v W7879 LLC et al., Respondents.

Submitted August 10, 2015; decided October 20, 2015

Motion to dismiss appeal denied.

Midfirst Bank, Respondent, v Lillian Evans, Appellant, et al., Defendants.

Submitted August 17, 2015; decided October 20, 2015

Motion for leave to appeal dismissed upon the ground that it does not lie. Motion for poor person relief dismissed as academic.